UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. NORTH STAR MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>1. ENGINUITY L.L.C.,<br>2. JAY HAWPE, an individual, and<br>3. HIGHPOINTE CHURCH, INC.<br><br>Defendants. | Case No. 18-CV-1162-HE |

## ORDER OF DECLARATORY JUDGMENT

THIS MATTER comes before the undersigned United States District Judge pursuant to the parties Joint Stipulation for Order of Declaratory Judgment [Doc. #21]. Based on the stipulations and agreements of the parties, the Court hereby **ORDERS** that the following declaratory judgment should be and is hereby entered: this Court DECLARES that (1) no coverage exists under the North Star Mutual Insurance Company Policy issued to High Pointe Church for the allegations asserted by Enginuity LLC in Case No. CJ-2018-4208, filed in the District Court of Oklahoma County, including alleged injuries and damages, and (2) North Star has no further defense or indemnity obligation in said action or any other related action or proceeding asserting the same allegations.

**IT IS SO ORDERED**.

Dated this 16th day of October, 2019.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE